IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONTE POWER,

    Plaintiff,

v.                                                                                         CV No. 20-782 KG/CG

GEO GROUP, et al,

    Defendants.

## ORDER TO CURE DEFICIENCY

**THIS MATTER** is before the Court on Plaintiff's *Motion to Proceed in forma pauperis* (the "Motion"), in this civil rights action, (Doc. 2). The Court cannot rule on the Motion because Plaintiff did not attach a certified inmate account statement for the period between February 3, 2020, and August 3, 2020, as required by 28 U.S.C. § 1915(a)(2). Plaintiff must cure this deficiency no later than **September 14, 2020**. All filings should include the case number (CV No. 20-782 KG/CG). The failure to timely comply with this Order will result in dismissal of this case without further notice.

**IT IS THEREFORE ORDERED** that by **September 14, 2020**, Plaintiff must submit an inmate account statement reflecting transactions between February 3, 2020 and August 3, 2020.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE