## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

DONTE POWER,

    Plaintiff,

v.                                                                                                                                  No. CV 20-782 KG/CG

GEO GROUP, et al.,

    Defendants.

### ORDER GRANTING *IN FORMA PAUPERIS* RELIEF

**THIS MATTER** is before the Court on Plaintiff Donte Power's Motion to Proceed *In Forma Pauperis*, (the "Motion"), (Doc. 2). Plaintiff's financial information reflects he is unable to prepay the $400 filing fee for his prisoner civil rights complaint. The Court will therefore grant the Motion, which reduces the fee to $350, and allow Plaintiff to pay in installments. *See* 28 U.S.C. § 1915(b). Plaintiff must make an initial partial payment of "20 percent of the greater of—(A) the average monthly deposits to the prisoner's account; or (B) the average monthly balance in the prisoner's account for the 6-month period immediately preceding the filing of the complaint . . ." *Id.*

Plaintiff's financial statement reflects average monthly deposits of $91.00 per month, and an average monthly balance of $197.95. The Court will assess an initial payment of $39.59 (which is 20% of the greater figure, $197.95) pursuant to § 1915(b)(1)(A). After payment of the initial partial fee, Plaintiff is "required to make monthly payments of 20 percent of the preceding month's income credited to the prisoner's account." 28 U.S.C. § 1915(b)(2). The Court will generally not review the merits of Plaintiff's civil rights complaint unless the initial partial payment is paid or excused. If Plaintiff fails to timely make the initial partial payment, his complaint will be

dismissed without further notice.

**IT IS ORDERED** that Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*, (Doc. 2), is **GRANTED**;

**IT IS FURTHER ORDERED** that, by **October 10, 2020**, Plaintiff shall send to the Clerk an initial partial payment of **$39.59**;

**IT IS FURTHER ORDERED** that the Clerk is directed to provide Plaintiff with two copies of this order, and Plaintiff to make the necessary arrangements to attach one copy of this order to the check in the amount of the initial partial payment;

**IT IS FINALLY ORDERED** that, after payment of the initial partial fee, Plaintiff shall make monthly payments of twenty percent (20%) of the preceding month's income credited to his account or show cause why the designated payments should be excused.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE