IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONTE POWER,

    Plaintiff,

v.                                                                 Civ. No. 20-0782 KG-CG

GEO GROUP, *et al*,

    Defendants.

## ORDER GRANTING SECOND EXTENSION

This matter is before the Court on Plaintiff's *pro se* Second Motion for Extension of Time. (Doc. 13). The Court initially directed him to file an amended civil rights complaint by September 20, 2021. (Doc. 10). That deadline was extended, at Plaintiff's request, to October 25, 2021. Plaintiff now seeks an additional unspecified extension based on a lockdown. The Court finds good cause to extend the amendment deadline through December 10, 2021. The Court may decline to grant further extensions, absent extraordinary circumstances.

IT IS ORDERED:

1. The Second Motion for Extension of Time (Doc. 13) is granted.

2. Plaintiff must file his amended civil rights complaint by December 10, 2021.

_____
UNITED STATES DISTRICT JUDGE