IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

DONTE POWER,

    Plaintiff,

v.                                                      No. CV 20-782 KG/CG

GEO GROUP, et al.,

    Defendants.

## ORDER DIRECTING ISSUANCE OF NOTICE AND WAIVER OF SERVICE FORMS

**THIS MATTER** is before the Court upon Plaintiff Donte Power's *Response to Court's Request to Provide Addresses For Service,* (Doc. 17), filed January 10, 2022.

**IT IS HEREBY ORDERED** that the Clerk is directed to issue notice and waiver of service forms and a copy of the *Amended Complaint*, (Doc. 15), along with a copy of this Order, for Defendants Raymond Smith, Terry Short, Dominic Vasquez, and Eddie Soloman.

**IT IS SO ORDERED.**

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE