IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DONTE POWER,

    Plaintiff,

v.                                                             CV No. 20-0782 KG/JHR

GEO GROUP, *et al.*,

    Defendants.

ORDER ADOPTING PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

This matter comes before the Court on Magistrate Judge Jerry H. Ritter's Proposed Findings and Recommended Disposition (PFRD), filed September 1, 2023. (Doc. 86). In the PFRD, Judge Ritter recommended that the Court grant Defendants' Motion for Summary Judgment, (Doc. 69), and deny Plaintiff's Motion for Joinder and Class Certification (Doc. 74).

The parties were notified that written objections to the PFRD were due within fourteen (14) days of the date the PFRD was filed, which was September 15, 2023. *Id.* at 12. No objections were filed, and the deadline for doing so has passed. The recommendation of Judge Ritter is therefore adopted by this Court.

IT IS THEREFORE ORDERED AS FOLLOWS:

1. The Magistrate Judge's Proposed Findings and Recommended Disposition (Doc. 86) are ADOPTED;

2. Defendants' Motion for Summary Judgment (Doc. 69) is GRANTED;

3. Plaintiff's Motion for Joinder and Class Certification (Doc. 74) is DENIED; and

4. The Court will enter Judgment in their favor of Defendants.

                                                                                 UNITED STATES DISTRICT JUDGE